NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEYS
Jennifer D. McCrary
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
(916) 447-0700
BAR NO.:238220

FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
Central   **DISTRICT OF CALIFORNIA**

Performance Chevrolet, Inc.

VS

**PLAINTIFF(S)**

Market Scan Information Systems, Inc.

**DEFENDANT(S)**

CASE NUMBER
~~2:09-MC-00017-UA~~
2:09-CV-02095-ABC (FMOx)

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**

[X] **ENFORCEMENT OF JUDGMENT**   [ ] **ATTACHMENT (Third Person)**

[X] **Judgment Debtor**   [ ] **Third Person**

LODGED   2009 MAR 26 AM 10: 57   DISTRICT COURT CALIF. LOS ANGELES

### ORDER TO APPEAR FOR EXAMINATION

1. TO (name): Russell West, Jr., President of Market Scan Information Systems, Inc.
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: June 17, 2009   Time: 10:00 AM   Courtroom: F, 9th Floor of the Spring Street Courthouse.
Address of court is shown above.

3. This order may be served by a sheriff, marshal, constable, registered process server, or the following specially appointed person (name):

Date: 4/3/09   ► _Fred M. _____ (SIGNATURE OF MAGISTRATE)

**This order must be served not less than 10 days before the date set for the examination.**

# IMPORTANT NOTICES ON REVERSE

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

1. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Russell West, Jr. for Market Scan Info. Systems   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
2. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under CCP §491.110 or §708.120 is attached.
3. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
4. [ ] This court is not the court in which the money judgment is entered or (attachment) the court that issued the writ of attachment. An affidavit supporting an application under CCP §491.150 or §708.160 is attached.
5. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: March 24, 2009

Jennifer D. McCrary, Attorney for Plaintiff/Creditor
*(TYPE OR PRINT NAME)*   ► _____ (SIGNATURE OF DECLARANT)

CV-4p 5/86

**APPLICATION AND ORDER**
**FOR APPEARANCE AND EXAMINATION**
**(Attachment-Enforcement of Judgment)**

CCP 491.110, 708.110, 708.120
CCD-4P

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON**
**(ENFORCEMENT OF JUDGMENT)**

**(1)   NOTICE TO PERSON SERVED**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2)   NOTICE TO JUDGMENT DEBTOR**   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters):*

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**
**NOTICE TO PERSON SERVED**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,**
**ASSOCIATION, TRUST, OR OTHER ORGANIZATION**
It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.